**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF OREGON**
**PORTLAND DIVISION**

| | | |
|---|---|---|
| **JUSTIN BURLEY-BEAVERS,** an individual, | * * * | |
| PLAINTIFF, | * * | |
| v. | * * | Case No. 3:23-CV-01730-YY |
| **NORTHWEST RESTAURANTS, INC,** a corporation, | * * * | |
| DEFENDANT. | * * * | **STIPULATED DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, Plaintiff hereby notifies the Court that the parties stipulate to, and request that the Court enter, an order of dismissal of this action with prejudice and without an award of attorneys' fees and costs to either party.

IT IS SO STIPULATED this  August 29, 2024.

/s/ Jessica Molligan  
Jessica Molligan, OSB #001823  
Attorney for Plaintiff  
Email: jessicamolligan@comcast.net

/s/ Nicholas Beyer  
Nicholas Beyer, OSB #193304  
Attorney for Defendant  
Email: nbeyer@davisrothwell.com